KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:
ROBERT FUTSI

        Debtor(s)

CASE NO: BKS-18-14769-ABL

CHAPTER 13

Hearing Date: January 31, 2019
Hearing Time: 1:30 pm

BALLSTAEDT LAW FIRM
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN
#2 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

**Statement of Facts**

The Debtor(s) filed for Chapter 13 relief on 08/09/2018. The 341(a) Meeting of Creditors held on October 16, 2018 at 11:00 am was concluded.

**Argument**

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent in plan payments. 11 U.S.C. §1307(c)(1)
- Compensation of Debtor(s)' attorney requires an independent review by the court. Trustee requests that Debtor(s)' attorney file an application for compensation pursuant to 11 U.S.C. §330.
- Plan is not feasible as required by 11 U.S.C. §1322 based on: FCI Lender Services; FCI Lender Services Notice of Post Petition Fees and Charges; Clark County Treasurer

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302. This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents:

- Amendment to Voluntary Petition: list prior bankruptcy
- Amendment to Schedule I. Current Income of Individual Debtor(s): indicate correct status of employment, per debtor testimony he is not working.
- Amendment to Statement of Financial Affairs: #3: disclose $80899.98 debtor received in the 6 mo prior to filing (as listed on the 22C1);

#16: disclose amount paid to attorney prior to filing.

### Conclusion

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: 1/9/19                    /s/ Kathleen A. Leavitt
                                 Kathleen A. Leavitt
                                 Chapter 13 Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

ROBERT FUTSI

**Debtor (s)**

CASE NO: BKS-18-14769-ABL
**Chapter 13**

**CERTIFICATE OF SERVICE**

1. On January 09, 2019, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #2 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

| | |
|---|---|
| ROBERT FUTSI | BALLSTAEDT LAW FIRM |
| 993 UPPER MEADOWS PLACE | 9555 S EASTERN AVENUE |
| HENDERSON, NV  89052 | SUITE 285 |
| | LAS VEGAS, NV  89123 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 1/9/19

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee